MATTHEW M. YELOVICH (NYBN 4897013)
Attorney for the United States

MATTHEW M. YELOVICH (NYBN 4897013)
Acting Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-0403 SI |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| RODOLFO PADA, | |
| Defendant. | |

The above-titled matter is currently scheduled for sentencing before the Court on March 28, 2024 at 11:30 a.m. The government and defendant stipulate that defense counsel is in trial at that time, and the parties would jointly request additional time to prepare for sentencing. Therefore the parties agree and jointly request that the March 28, 2024 sentencing hearing should be continued, and the parties jointly propose that the Court order the parties to appear for sentencing on May 31, 2024, at 11:00 a.m.

//

//

//

STIPULATION AND [PROPOSED] ORDER
23-CR-0403 SI                                    1

IT IS SO STIPULATED

Dated:   March 22, 2024          MATTHEW M. YELOVICH
                                 Attorney for the United States

                                 */s/ David J. Ward*
                                 DAVID J. WARD
                                 Assistant United States Attorney

                                 */s/ with permission*
                                 JAMES REILLY
                                 Attorney for Defendant PADA

# [~~PROPOSED~~] ORDER

Based on the representations of the parties, and for good cause shown, it is hereby ORDERED that the Sentencing hearing in the above-captioned matter be vacated and that the parties are hereby ordered to appear before the Court for Sentencing on May 31, 2024.

**IT IS SO ORDERED.**

Dated: March 22, 2024

_____
HON. SUSAN ILLSTON
United States Senior District Judge