MATTHEW M. YELOVICH (NYBN 4897013)
Attorney for the United States

MATTHEW M. YELOVICH (NYBN 4897013)
Acting Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-0403 SI |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| RODOLFO PADA, | |
| Defendant. | |

The above-captioned matter is currently scheduled for sentencing before the Court on May 31, 2024 at 11:00 a.m. Defense counsel has informed the government that defendant Pada is having significant health issues and has been scheduled to have heart surgery on June 14, 2024. Given this, the parties stipulate and agree that the sentencing hearing set for May 31, 2024 be vacated, and that the parties appear before the Court for a status hearing on sentencing on August 16, 2024 at 11:00 am. The parties further stipulate and agree that the status hearing may be held via Zoom.

//

//

//

STIPULATION AND [PROPOSED] ORDER
23-CR-0403 SI                                  1

IT IS SO STIPULATED

Dated:   May 21, 2024

MATTHEW M. YELOVICH
Attorney for the United States

*/s/ David J. Ward*
DAVID J. WARD
Assistant United States Attorney

*/s/ with permission*
JAMES REILLY
Attorney for Defendant PADA

## ~~[PROPOSED]~~ ORDER

Based on the representations of the parties, and for good cause shown, it is hereby ordered that the sentencing hearing in the above-captioned matter be vacated and that the parties are hereby ordered to appear before the Court by Zoom for a status hearing on sentencing at 11:00 am on August 16, 2024.

**IT IS SO ORDERED.**

Dated:  May 21, 2024

HON. SUSAN ILLSTON
United States Senior District Judge