1  RAVI NARAYAN (CABN 331858)
   Attorney for the United States
2
   RAVI NARAYAN (CABN 331858)
3  Acting Chief, Criminal Division

4  DAVID J. WARD (CABN 239504)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        david.ward@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) CASE NO. 23-CR-0403 SI
                                            )
14 |        Plaintiff,                      )
                                            )
15 |   v.                                   ) **STIPULATION AND [PROPOSED] ORDER**
                                            )
16 | RODOLFO PADA,                          )
                                            )
17 |                                        )
            Defendant.                      )
18 |_____)

19

20      The above-captioned matter is currently scheduled for a status on sentencing hearing before the

21 Court on November 15, 2024 at 11:00 a.m.  Defendant Pada has pled guilty pursuant to a cooperation

22 agreement, and that cooperation with the government is ongoing. *Dkt. 11*.  Given this, the parties

23 stipulate and agree that the status on sentencing hearing set for November 15, 2024 be vacated, and that

24 the parties appear before the Court for a status hearing on May 16, 2025 at 11:00 am.

25 //

26 //

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
23-CR-0403 SI                                    1

1  IT IS SO STIPULATED

    Dated:   November 7, 2024            RAVI NARAYAN
                                                                 Attorney for the United States

                                                                 */s/ David Ward*
                                                                 DAVID WARD
                                                                 Assistant United States Attorney

                                                                 */s/ with permission*
                                                                 JAMES REILLY
                                                                 Attorney for Defendant PADA

## [PROPOSED] ORDER

      Based on the representations of the parties, and for good cause shown, it is hereby ordered that the status on sentencing hearing in the above-captioned matter be vacated and that the parties are hereby ordered to appear before the Court for a status hearing at 11:00 am on May 16, 2025.

**IT IS SO ORDERED.**

Dated:

                                                                 HON. SUSAN ILLSTON
                                                                 United States Senior District Judge

STIPULATION AND [PROPOSED] ORDER
23-CR-0403 SI                                            2